In the Matter of BISHOP, McCORMICK & BISHOP, Appellant, against NEW YORK STATE LABOR RELATIONS BOARD, Respondent. (Proceeding No. 1.) In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against BISHOP, McCORMICK & BISHOP, Appellant, and AUTOMOBILE SERVICE WORKERS ASSOCIATION, Intervener, Respondent. (Proceeding No. 2.) — Appeal from an order which denied the motion of appellant to vacate and set aside an order of the State Labor Relations Board, and which granted the motion of said Board to require appellant to comply with the provisions of such order. Order insofar as appealed from, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of THE CITY OF NEW YORK, Acting on Behalf of the New York City Housing Authority, Respondent, Relative to Acquiring Title to Real Property Situated in the Area Bounded by Prince and Other Streets in the Borough of Brooklyn, Pursuant to a Plan Determined upon by Said Housing Authority (Fort Greene Houses). ARTHUR J. LEVINE, Appellant.— Appeal by claimant in a condemnation proceeding from such part of the final decree as fixes the award for the taking of his property. Decree insofar as appealed from, affirmed, with costs. No opinion. Hagarty, Acting P. J., Carswell and Lewis, JJ., concur; Johnston and Adel, JJ., dissent and vote to modify the decree on the law by striking out the words "Land and Improvements $35,000" and by substituting in place thereof the words "Land $21,000; Improvements $21,000; Total $42,000" and, as thus modified, to affirm the decree insofar as appealed from, with the following memorandum: In our opinion the proper relative weight was not given to the conflicting evidence as to values and costs of reconstruction.

CORNELIUS J. KELLEY, Plaintiff, v. LEWIS LUCKENBACH, Appellant-Respondent, et al., Defendants. ROBERT T. CRANE, JR., as Assignee of Plaintiff, et al., Respondents-Appellants.— Cross appeals from an order granting, on condition, appellant Luckenbach's motion to vacate a default judgment entered against him by the plaintiff. Order insofar as appealed from affirmed, without costs. Appellant Luckenbach's time to comply with the provisions of the order is extended until ten days from the date of this decision. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur. [See *post,* p. 961.]

OLIN R. MOYLE, Appellant, v. FRED W. FRANZ et al., Respondents. (Appeal No. 2.) — Order denying plaintiff's application in a libel action for an additional allowance under section 1513 of the Civil Practice Act affirmed, without costs. The case was not extraordinary and difficult. [See *Moyle* v. *Franz, Appeal No. 1, ante,* p. 423.] Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.